IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES C. STRINGER,                              No. CIV S-04-0551-LKK-CMK

       Petitioner,

  vs.                                                        ORDER

MICHAEL HARRISON, et al.,

       Respondents.

_____/

       Petitioner is a state prisoner proceeding with appointed counsel and in forma pauperis in this petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254. Petitioner, through counsel, has informed the court of a recent decision of the Ninth Circuit Court of Appeals in Juan H. v. Allen, 408 F.3d 1262 (9th Cir. 2005), which bears on this case, and has requested the opportunity for supplemental briefing.

       Good cause appearing therefor, IT IS HEREBY ORDERED THAT petitioner's request for supplemental briefing is granted. Within 30 days from the date of service of this order, both sides may file simultaneous supplemental briefs, not to exceed 10 pages, addressing the application of Juan H. to the instant petition. Petitioner's traverse shall be due within 30 days

/ / /

1  after service of supplemental briefing, whereupon this case will be submitted on the briefing filed
2  as of that time.

4  DATED: September 13, 2005.

                                          _____
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE