IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. STRINGER, | No. CIV S-04-0551-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| MICHAEL HARRISON, et al., | |
| Respondents. | |
| _____ / | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 8, 2004, respondents filed an answer to petitioner's petition. Respondents have not, however, lodged the state court record with the answer, as required by Rule 5 of the Federal Rules Governing Section 2254 Cases. Respondent is directed to lodge the complete state court record within 30 days of the date of this order and is cautioned that failure to comply may result in the imposition of sanctions. See Local Rule 11-110.

   IT IS SO ORDERED.

DATED: October 11, 2006.

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1