JANICE M. LAGERLOF, SBN73392
Attorney at Law
3292 24th Street
San Francisco, CA 94114
Telephone: (415) 282-8849

Attorney for Petitioner JAMES C. STRINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES C. STRINGER,**<br><br>   Petitioner,<br><br>   v.<br><br>**MICHAEL HARRISON,**<br>**Warden, et. al.,**<br><br>   Respondents. | No. Civ. S-04-0551- LKK GGH P<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS** |

On December 5, 2006, Magistrate Judge Kellison issued his Findings and Recommendations in the above entitled case. He ordered that objections be filed within 20 days.

Counsel for petitioner will be unable to meet that deadline, December 25, 2006, because of deadlines in other cases, including filing Objections to Findings and Recommendations in Hamby v. Farmon, CIV S-97-0164 which were filed on December 13.

Counsel for petitioner has contacted Deputy Attorney General David Rhodes, counsesl for respondent, who has indicated that he has no objection to a 30 day extension for petitioner's filing his objections.

I therefore request that such an extension be granted and that petitioner's Objections be ordered filed by January 24, 2007.

 DATED:     December 18, 2006              Respectfully submitted,


                                           /S/ Janice M. Lagerlof

1

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that petitioner shall file the Objections to Findings and Recommendations no later than January 24, 2007

DATED: January 3, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE