1  JANICE M. LAGERLOF, SBN73392
   Attorney at Law
2  3292 24th Street
   San Francisco, CA 94114
3  Telephone: (415) 282-8849

4  Attorney for Petitioner JAMES C. STRINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES C. STRINGER,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ) <br> **MICHAEL HARRISON,** ) <br> **Warden, et. al.,** ) <br> ) <br> Respondents**.** ) <br> ———————————————— ) | No. Civ. S-04-0551- LKK GGH P <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS** |

On December 5, 2006, Magistrate Judge Kellison issued his Findings and Recommendations in the above entitled case. He ordered that objections be filed within 20 days. The parties filed a stipulation on December 18 for one thirty day extension of time to file the objections. The parties have now agreed to one further 30 day extension, and that petitioner's objections will be filed no later than February 23, 2007.

Deputy Attorney General David Rhodes, counsel for respondent, has indicated that he has no objection to this 30 day extension.

I therefore request that such an extension be granted and that petitioner's Objections be ordered filed by February 23, 2007.

 DATED:     January 23, 2007                        Respectfully submitted,


                                                    /S/ Janice M. Lagerlof

1

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that ~~petitioner~~ the parties shall file ~~the~~ Objections to Findings and Recommendations no later than February 23, 2007.

DATED: January 24, 2007.

　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE