1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JAMES C. STRINGER,                    No. CIV S-04-0551-LKK-CMK-P

12              Petitioner,

13        vs.                              <u>ORDER</u>

14   MICHAEL HARRISON, et al.,

15              Respondents.

16   _____/

17              Petitioner, a state prisoner proceeding with appointed counsel, brings this petition

18   for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 5, 2006, the court issued

19   findings and recommendations.   In light of the Supreme Court's February 28, 2007, decision in

20   <u>Whorton v. Bockting</u>, ___ U.S. ___ (Feb. 28, 2007), which overruled the Ninth Circuit's

21   decision in <u>Bockting v. Bayer</u>, 399 F.3d 1010, <u>as amended on denial of rehearing by</u> 408 F.3d

22   1127 (9th Cir. 2005), it is appropriate for the court to reconsider petitioner's hearsay claim.

23   / / /

24   / / /

25   / / /

26   / / /

1

Therefore, the findings and recommendations are hereby vacated and amended findings and

recommendations will be issued separately.

IT IS SO ORDERED.


DATED:   March 2, 2007.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2